**Order entered October 14, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00357-CV

## DAVID BLAIR, Appellant

### V.

## THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TX ROSELAND ESTATES, Appellee

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-20-01421-D**

### ORDER

On September 26, 2022, after court reporter Coral L. Wahlen informed the Court that the reporter's record had not been requested, we directed appellant to file, within ten days, written verification of a request. Although we cautioned him that failure to comply could result in the appeal being submitted without the record, *see* TEX. R. APP. P. 37.3(c), appellant has not complied. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file his brief no later than November 14, 2022.

/s/     BILL PEDERSEN, III
JUSTICE